**E & J GALLO WINERY,**
**Plaintiff—Appellant,**

v.

**BLUE RIDGE DISTRIBUTING CO.,**
**INC., Defendant—Appellee.**

No. 04–16474.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 16, 2006.

Submission Withdrawn June 20, 2006.

Resubmitted July 14, 2006.

Filed Aug. 17, 2006.

D. Greg Durbin, Esq., Timothy J. Buchanan, Esq., McCormick Barstow Shep-

---

* The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

pard Wayte & Carruth, LLP, Fresno, CA, G. Kip Edwards, Esq., Kings Beach, CA, for Plaintiff–Appellant.

Timothy S. Jones, Esq., Sagaser Franson & Jones, Fresno, CA, Michael Crowell, Esq., Tharrington Smith, LLP, Raleigh, NC, for Defendant–Appellee.

Before: KOZINSKI and FISHER, Circuit Judges, and BLOCK *, Senior Judge.

## MEMORANDUM **

The district court's extensive order granting summary judgment to Blue Ridge Distribution Company, denying summary judgment to E & J Gallo Wineries and dismissing without prejudice Gallo's action for declaratory relief is affirmed for the reasons stated by the district court. In holding that this matter is not yet ripe for adjudication, we rely in part on Blue Ridge's counsel's candid representations to the court during oral argument before us that Blue Ridge: (1) had no present intent to transfer the Gallo wine distribution business to a third party (or to assign the Gallo contract); (2) had no present intent to bring its own declaratory judgment claim in North Carolina; and (3) would give Gallo notice of any intent to transfer, so that Gallo would have an opportunity to seek declaratory relief in an appropriate forum (i.e., either the Eastern District of California under the terms of the Agreement or North Carolina under the terms of the Wine Act). Because we hold the con-

troversy is not ripe, we need not reach the mootness issue.

**AFFIRMED.**

---

* The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.